UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHEAL ATTAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CARMEL DOOLING, et al.<br>EQUIFAX INC, et al.,<br>DILL,<br>JONES, et al.,<br>ILLINOIS DEPARTMENT OF HUMAN SERVICES,<br>PIERMONT BANK,<br>CAPITAL BANK, N.A.,<br>COMMISSIONER OF SOCIAL SECURITY,<br>WOODHOUSE FORD SOUTH, et al.,<br>THOMPSON, et al.,<br>OCTAPHARMA PLASMA INC.,<br>NAVY FEDERAL CREDIT UNION,<br><br>Defendants. | Case Nos.   25-CV-2043<br>25-CV-2060<br>25-CV-2065<br>25-CV-2066<br>25-CV-2069<br><br>25-CV-2070<br>25-CV-2071<br>25-CV-2072<br><br>25-CV-2079<br>25-CV-2104<br>25-CV-2105<br>25-CV-2117 |

## ORDER

In each of these cases, Plaintiff Michael Attaway filed a Motion to Withdraw Lawsuits. The Motions are GRANTED. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, these matter are hereby terminated. All pending motions are denied as moot and all scheduled deadlines and court settings are vacated.

ENTERED this 24th day of September, 2025.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

1